Phyllis Drueen and Fort Dearborn Trust & Savings Bank, admin-
istrator of the estate of Robert W. Sunasack, Jr., deceased, plaintiffs
in error, v. Winifred Sunasack, administratrix of the estate of Robert
W. Sunasack, Sr., deceased, et al., defendants in error. Gen. No.
24,002.
Bill to have certain personalty in the hands of defendants declared
property of complainant's intestate. Decree for defendants. Error
to the Circuit Court of Cook county; the Hon. Frederick A. Smith,
Judge, presiding. Heard in the Branch Appellate Court at the
March term, 1918. Affirmed. Opinion filed November 6, 1918. Re-
hearing denied November 22, 1918.
William R. Brand, for plaintiffs in error. Jeffery, Campbell &
Clark, for defendant in error I. Horween; Charles V. Clark, of coun-
sel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

The Swedish Home Building Association, defendant in error, v.
Isabella Patton et al., plaintiffs in error. Gen. No. 23,161.
Bill to foreclose a mortgage. Decree for complainant. Error to
the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge,
presiding. Heard in the Branch Appellate Court at the March term,
1918. Affirmed. Opinion filed November 6, 1918.
John C. Wilson, for plaintiffs in error. John A. Brown and Alfred
A. Norton, for defendant in error.
Mr. Justice Taylor delivered the opinion of the court.

---

Margaret McFarlane, administratrix of the estate of Alice Emeline
McFarlane, deceased, appellee, v. Chicago City Railway Company,
appellant. Gen. No. 23,796.
Action for death of passenger caused by fall in alighting from car.
Judgment for plaintiff. Appeal from the Superior Court of Cook
county; the Hon. Joseph B. David, Judge, presiding. Heard in the
Branch Appellate Court at the October term, 1917. Affirmed. Opin-
ion filed November 6, 1918. Rehearing denied November 19, 1918.
Busby, Weber & Miller, Franklin B. Hussey and Arthur J. Dono-
van, for appellant; John R. Guilliams, of counsel. Edward J. Green,
for appellee.
Mr. Justice Taylor delivered the opinion of the court.

---

Catherine Day, appellee, v. D. T. Fletcher et al., on appeal of
Black Diamond Oil Company, appellant. Gen. No. 24,509.
Interlocutory appeal from an order of the Circuit Court of Cook
county; the Hon. Thomas G. Windes, Judge, presiding, overruling a
motion to set aside an order appointing a receiver. Heard in the
Branch Appellate Court. Appeal dismissed. Opinion filed November
6, 1918.
Brown, Brown & Brown, for appellant. L. A. Gilmore, for appellee.
Mr. Justice Taylor delivered the opinion of the court.